UNITED STATES of America,
Plaintiff—Appellee,

v.

Jose FERREIRA, Defendant—Appellant.

No. 09–6213.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 21, 2009.

Decided: May 29, 2009.

Jose Ferreira, Appellant Pro Se. Lawrence Joseph Leiser, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Alberto Ferreira appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Ferreira*, No. 1:90–cr–00432–1 (E.D.Va. Jan. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*